·HUFF .et al v. WADDLE

Court of Appeals of Kentucky.

(Decided Jan. 29, 1935.)

B. J. BETHURUM & J. A. FLOWERS, for movant.

E. T. WESLEY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

LOUISVILLE & INTERURBAN RAILROAD COMPANY
V. HUFFMAN

Court of Appeals of Kentucky.

(Decided Feb. 1, 1935.)

JOHN K. TODD, for appellant.

O. T. KALTENBACHER & R. F. MATTHEWS, for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

COMMONWEALTH of Kentucky, for the Use and Benefit of
CARMICAL et al., V. MARYLAND CASUALTY
COMPANY OF BALTIMORE.

Court of Appeals of Kentucky.

(Decided Feb. 8, 1935.)

E. N. INGRAM, for movant.

GOLDEN, LAY & GOLDEN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.